UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JEFFREY DEWAYNE ROACH, | ) | |
| | ) | |
| Plaintiff, | ) | 2:24-CV-00198-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| TERESA WEST, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 13]. Pursuant to 28 U.S.C. § 1915, the magistrate judge recommends that Plaintiff's Complaint be dismissed [*Id.*]. Plaintiff did not file timely objections to the Report and Recommendation.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the magistrate judge properly analyzed the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 13] is **ADOPTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall enter.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).